UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| EVA JULIA SZILLERY | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | 1:19-cv-00422-JAW |
| | ) | |
| UNIVERSITY OF MAINE SYSTEM, | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER ON MOTION TO WITHDRAW AND DISCARD
THE DISFIGURED RECORD**

On June 7, 2019, Eva Julia Szillery filed a motion to reopen her chapter 13 bankruptcy proceeding. *Mot. to Reopen Bankruptcy Case*, *In Re: Eva Szillery* (No. 05-11636) (ECF No. 119). On July 25, 2019, the Bankruptcy Judge denied Ms. Szilelry's motion to reopen. *Min. Order*, *In Re: Eva Szillery* (No. 05-11636) (ECF No. 126). On September 12, 2019, Ms. Szillery filed a notice of appeal, electing to have her appeal heard in the United States District Court for the District of Maine. *Notice of Appeal and Statement of Election* (ECF No. 1). On September 27, 2019, Ms. Szillery sent a letter to the Clerk of Court for the United States Bankruptcy Court for the District of Maine, stating that the University of Maine had not been a creditor of hers and attorneys for the University of Maine should not be receiving notices related to her case. *Letter from Clerk of Court for United States Bankruptcy Court for the District of Maine to Eva J. Szillery*, Attach. 1 at 1-2 (ECF No. 2) (*Letter from Eva Szillery to Clerk of Court for United States Bankruptcy Court for the District of Maine*). She also requested that she receive "all the electronically distributed materials" in her case.

*Id.* at 2. On October 1, 2019, the Clerk of Court for the United States Bankruptcy Court for the District of Maine responded to Ms. Szillery's letter, pointing out that the University of Maine was at one point a creditor on her bankruptcy case; that he was unable to eliminate notices to attorneys for the University of Maine because the pleadings in her cases are public records; and that he did not know to whom this Court was sending notices because those notices are sent by this Court. *Letter from Clerk of Court for United States Bankruptcy Court for the District of Maine to Eva J. Szillery* at 1-2.

On October 18, 2019, the Clerk of Court for the United States District Court for the District of Maine docketed a letter from Ms. Szillery to this Court, stating that she wished for the court to "withdraw [her] appeal[,] discard the disfigured record and assist [her] to receive the refund for the filing fee and transcript fee." *Mot. to Withdraw and Discard the Disfigured Record* at 1-2 (ECF No. 7). On September 15, 2019, Ms. Szillery filed a motion to extend her time to file an "Appellant's Brief and Appendix." *Mot. to Extend Time to File Appellant's Br. and App.* (ECF No. 13).

The Court regards Ms. Szillery's Motion to Withdraw and Discard the Disfigured Record as a request to the Court for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court dismisses Ms. Szillery's claim for a refund of her filing fee. It was Ms. Szillery who filed in this Court and her later decision not to proceed does not affect the filing fee, which is due and payable at filing. The Court grants Ms. Szillery's request and dismisses her bankruptcy appeal without prejudice.

**CONCLUSION**

The Court GRANTS in part and DENIES in part Eva Julia Szillery's Motion to Withdraw and Discard the Disfigured Record (ECF No. 7). The Court DISMISSES without prejudice her Notice of Appeal and Statement of Election (ECF No. 1) and DENIES her request for reimbursement of her filing fee (ECF No. 7).[1]

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 25th day of November, 2019

---

[1] Because the Court dismisses this action, the Court regards this order as mooting Ms. Szillery's Motion to Extend Time to File Appellant's Brief and Appendix (ECF No. 13). The Court dismisses that motion as moot.